IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:     **09-cv-02101-JLK**

**LANNIE WILLIAMS**,

                Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.     APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Frederick W. Newall #10269, Esq. | DAVID M. GAOUETTE |
| 730 N. Weber, #101 | United States Attorney |
| Colorado Springs, CO 80903 | |
| Telephone (719) 633-5211 | KEVIN TRASKOS |
| newallfrederick@qwestoffice.net | Assistant U.S. Attorney |
| | Deputy Chief, Civil Division |
| | United States Attorney's Office |
| | District of Colorado |
| | kevin.traskos@usdoj.gov |
| | |
| | SANDRA THOUROT KRIDER |
| | Special Assistant U. S. Attorney |
| | Assistant Regional Counsel |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | Telephone: (303) 844-0015 |
| | sandra.krider@ssa.gov |

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   A.   **Date Complaint Was Filed:**   September 2, 2009

   B.   **Date Complaint Was Served on U.S. Attorney's Office:**   October 6, 2009

   C.   **Date Answer and Administrative Record Were Filed:**   December 7, 2009

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:**   Although counsel has undertaken a timely review of the record, the accuracy and completeness of the Administrative Record cannot be verified until after the Plaintiff's Opening brief is filed.

**Defendant states:**   There are no issues with the accuracy or completeness of the Administrative Record.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**   See Plaintiff's statement in paragraph 4, above.

**Defendant states:**   None anticipated.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully request the following briefing schedule:

     **A.**     **Plaintiffs Opening Brief Due:**     February 25, 2010

     **B.**     **Defendant's Response Brief Due:**     March 25, 2010

     **C.**     **Plaintiffs Reply Brief (If Any) Due:**     April 5, 2010

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

     **A.**     **Plaintiffs Statement:**  Plaintiff does not request oral argument.

     **B.**     **Defendant's Statement:**  Defendant does not request oral argument

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 21st day of December, 2009

                                                       BY THE COURT:

        *s/John L. Kane*  
        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Frederick W. Newall<br>FREDERICK W. NEWALL<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>(719) 633-5211<br>newallfrederick@qwestoffice.net<br><br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Assistant U.S. Attorney<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br><br>By: /s Sandra T. Krider<br>    SANDRA THOUROT KRIDER<br>    Special Assistant United States Attorney<br>    1961 Stout Street, Suite 1001A<br>    Denver, Colorado  80294<br>    Telephone:  (303) 844-0815<br>    sandra.krider@ssa.gov<br><br>    Attorneys for Defendant. |